STATE OF NEW JERSEY v. JOHN H. STOKES.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. TRAYNHAM.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v.
ANTHONY ORLANDO DE RASMI.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY THOMAS

May 2, 1972. Petition for certification denied.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COM-
PANY v. ZURICH AMERICAN INSURANCE COMPANY,
ET AL.

May 2, 1972. Petition for certification granted. (See 118 N. J. Super. 84)

STATE OF NEW JERSEY v. ANDREW PETER PINKOS.

May 2, 1972. Petition for certification denied.